IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03524-WJM-MJW

ERIN DEGRAFF,

Plaintiff(s),

v.

GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that a Joint Motion for Entry of Stipulated Protective Order (docket no. 20) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 20-1) is APPROVED as amended in paragraphs 11 and 19 and made an Order of Court.

Date: March 10, 2014