**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-3524-WJM-MJW

ERIN DEGRAFF

 Plaintiff,

v.

GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY

 Defendant.

---

### ORDER GRANTING STIPULATED MOTION FOR DISMISSAL

---

This matter comes before the Court on the Parties' Stipulated Motion for Dismissal, filed May 16, 2014 (ECF No. 25). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

Dated this 19th day of May, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge